STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SALVATORE JOSEPH COCCOSA, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Russell & Conaghan* for the petitioners.

*Mr. James A. Tumulty, Jr.,* and *Mr. Charles D. Sapienza* for the respondent.

April 14, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MIGUEL ALPIZAR, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Edward Weisslitz* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert V. Podvey* for the respondent.

April 14, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. EDWARD A. BURT, DEFENDANT-PETITIONER.

See same case below: 107 *N. J. Super.* 390.

*Mr. Stanley C. Van Ness* and *Mr. Arthur Penn* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. I Michael Heine* for the respondent.

April 14, 1970. Granted.